Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538

Attorneys for Plaintiff

**MADE JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TANTRUM APPAREL, LLC, a California Limited Liability Company; et al.<br><br>Defendants. | Case No.: CV 11-4919-GW(AJWx)<br>*The Honorable George Wu Presiding*<br><br>**ORDER ON STIPULATION TO DIMSISS ACTION** |

Having reviewed the Parties' Stipulation to Dismiss and finding good cause thereon,

IT IS ORDERED that:

1. This action is to be dismissed with prejudice;

///

///

- 1 -

    2. Each party is to bear its own costs and fees as incurred against one another.

<u>SO ORDERED</u>.

Dated: March 7, 2012                     _____
                                             HON. GEORGE H. WU
                                             U.S. DISTRICT COURT JUDGE